








```
RYC    5/3/04    11:37
3:02-CV-02227   MICKLE V. GLOCK INC
*76*
*P/A.*
```

Michael I. Neil, Esq. (SBN 40057)
David P. Hall, Esq. (SBN 196891)
**NEIL, DYMOTT, PERKINS, BROWN & FRANK**
A Professional Corporation
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4906
Telephone:  (619) 238-1712
Facsimile:  (619) 238-1562

John F. Renzulli, Esq. (ADMITTED *PRO HAC VICE*)
Christopher Renzulli, Esq. (ADMITTED *PRO HAC VICE*)
**RENZULLI, PISCIOTTI & RENZULLI, LLP**
300 East 42nd Street, 17th Floor
New York, NY 10017-5947
Telephone:  (212) 599-5533
Facsimile:  (212) 599-6385

FILED
APR 3 0 2004
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC
APR 2 2 2004

Attorneys for Defendants, GASTON GLOCK and GLOCK Ges.m.b.H

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MICKLE and AUTUMN MICKLE,<br><br>            Plaintiffs,<br><br>vs.<br><br>GLOCK, INC., a Georgia Corporation licensed to do business in California; GLOCK GES.M.B.H., an Austrian Corporation; and GASTON GLOCK, an individual; and DOES 1-50,<br><br>            Defendants. | CASE NO. 02 CV 2227JAH (BLM)<br><br>**DEFENDANTS GASTON GLOCK and GLOCK Ges.m.b.H.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO AMEND THE PRETRIAL ORDER**<br><br>Date: April 30, 2004<br>Time: 9:30 a.m.<br>Hon. Barbara L. Major<br>Ctrm: D<br><br>**PERSONAL APPEARANCE REQUIRED** |

Defendants Glock Ges.m.b.H. and Gaston Glock (collectively "Glock"), by and through their attorneys of record, hereby submit the Memorandum of Points and Authorities in Support of Motion to Amend the Pretrial Order.

76

# I.

# INTRODUCTION

On April 5, 2004, Glock filed an Answer to the Complaint. Prior to filing the Answer, the discovery deadline had passed. November 26th Amended Scheduling Order. On April 1, 2004, the Court only permitted some additional discovery after the discovery cut-off but required completion by May 13, 2004. April 1st Order. Glock now moves to amend the November 26th Scheduling Order.

# II.

# ARGUMENT

**A.  The Legal Standard for Modification of Pretrial Scheduling Order.**

"In general, the pretrial scheduling order can only be modified upon a showing of good cause." Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002); Fed. R.Civ. P. 16(b). "This 'good cause' standard 'primarily considers the diligence of the party seeking the amendment.'" Matrix Motor Co. v. Toyota Jidosha Kabushiki Kaisha, 218 F.R.D. 667, 671 (C.D. Cal. 2003) citing Johnson v. Mammoth Recreations, 975 F.2d 604, 609 (9th Cir. 1992). "A party demonstrates good cause for the modification of a scheduling order by showing that, even with the exercise of due diligence, he or she was unable to meet the timetable set forth in the order." Ibid.

**B.  Glock Can Satisfy Its Burden for "Good Cause" to Modify the Scheduling Order.**

PLAINTIFFS attempted service of the summons and complaint in late March of 2004. Glock filed an answer on April 5, 2004. However, at the time the answer was filed, discovery had closed, no motion could have been filed in time. Within three weeks of filing the Answer, Glock is moving to amend the Pre-Trial Conference Order. Under Zivkovic, Glock's request is timely.

Furthermore, Glock cannot meet the deadlines in the prior scheduling order. Prior to April 5, 2004, Glock was a party in name only and had not appeared in the action. In fact, it was subject to

1 | dismissal. Local Rule 4.1(b). Most discovery requires thirty days to complete. *See.* Fed. R. Civ. P. 31,
2 | 32 and 36. After April 5, 2004, Glock had little ability to perform discovery or file motions. Glock
3 | believes it can accomplish the necessary actions within ninety (90) days.

### III.

### CONCLUSION

Based upon the foregoing reasons, Glock respectfully requests this honorable Court grant the motion to amend the pretrial order.

DATED: April 22, 2004

NEIL, DYMOTT, PERKINS BROWN & FRANK
A Professional Corporation

By: _____
Michael I. Neil, Esq.
David P. Hall, Esq.
Attorneys for Defendants,
GLOCK Ges.m.b.H. AND GASTON GLOCK