















```
JPP    2/9/05    14:55
3:02-CV-02227   MICKLE V. GLOCK INC
*181*
*STIPO.*
```

DWIGHT F. RITTER, ESQ. (STATE BAR #127030)
LAW OFFICES OF DWIGHT F. RITTER
170 LAUREL STREET
SAN DIEGO, CA 92101
(619) 238-1811

Attorney for Plaintiffs
WILLIAM MICKLE and AUTUMN MICKLE

FILED
05 FEB -9 PM 2:33
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MICKLE and AUTUMN MICKLE<br><br>Plaintiffs,<br><br>v.<br><br>GLOCK, INC., et al.; and DOES 1-50,<br><br>Defendants. | Case No. 02 CV 2227JAH(BLM)<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel, that the above-captioned action is hereby dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: 1/20, 2005           LAW OFFICES OF DWIGHT RITTER

                            By: _____
                            DWIGHT RITTER,
                            Attorney for plaintiffs


DATED: 19 Jan, 2005         NEIL, DYMOTT, PERKINS, BROWN & FRANK

                            By: _____
                            MICHAEL NEIL,

IT IS SO ORDERED
DATED 2-8-2005
_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

Stipulation of Dismissal

ENTERED ON 2-9-05

181

Case No. 02 CV 2227JAH(BLM)

Attorney for Defendants